UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FRANCISCO RODOLFO ALCARAZ,

Petitioner,

v.

THE UNITED STATES OF AMERICA,

Respondent.

Case No. 2:18-cv-02074-RFB-NJK

**ORDER**

This Court has an obligation to ensure that it has jurisdiction over a case filed before it. Rule 8 of the Federal Rules of Civil Procedure require a Plaintiff to file "short a short and plain statement of the grounds for the court's jurisdiction" and to assert a "a short and plain statement of the claim showing that the pleader is entitled to relief." Id.

The Court has reviewed the "Petition" [ECF No. 1] filed in this case. While the Petition is on the Court's standard form for habeas petition seeking relief under 28 U.S.C. § 2241, the Petitioner actually indicates in the Petition that it is actually "not" a "challenge" to his sentence, custody, pretrial detention, immigration detention, detainer, validity of his conviction or disciplinary proceedings. ECF No. 1 at p.2. Rather, he asserts that his Petition is allegedly a "Full Payment/Satisfaction of Judgment." Id.[1]

Petitioner has no authority to legally file a judgment in a criminal case and his Petition does not, by its own admission, assert a basis for habeas relief under federal law. Petitioner's Petition is therefore an improper filing which is not legally cognizable and which does not create an actual

---

[1] The Court also notes that Petitioner has a pending Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255 in this District in United States v. Alcaraz, Case No. 2:13-cr-00189-KJD-CWH. The Court therefore also does not construe this Petition as somehow indirectly seeking relief under Section 2255.

1

case or controversy over which this Court would have jurisdiction. This case will therefore be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition [ECF No. 1] is STRICKEN from the docket as an improper filing. This case is DISMISSED without prejudice for lack of jurisdiction. All pending motions are denied without prejudice as moot. The Clerk of Court is directed to close this case.

DATED this 5th day of November, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE